UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROGER MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:13-CV-306-TAV-HBG |
| ) | |
| MARYVILLE COLLEGE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For reasons stated in the memorandum opinion entered contemporaneously with this order, Court hereby **DENIES** plaintiff's motion for partial summary judgment [Doc. 14], **GRANTS** defendant's motion for summary judgment [Doc. 17], and **DENIES as MOOT** defendant's motion to strike [Doc. 25]. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ Debra C. Poplin
CLERK OF COURT